## 39131. DUPRIEST v. REESE.

HALL, Judge. This case is controlled by the ruling in *Dupriest v. Reese,* ante.

*Judgment affirmed. All the Judges concur, except Felton, C. J., who dissents, and Custer, J., who is disqualified.*

DECIDED NOVEMBER 17, 1961.

*Stone & Stone, W. L. Stone,* for plaintiff in error.
*Phillip Sheffield,* contra.